IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA HUNT, | ) | Case No. 4:05CV3016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRYANLGH MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on counsel for Plaintiff's Motion for Substitution of Counsel. The Court finds that said Motion should be granted.

IT IS THEREFORE ORDERED that counsel for Plaintiff, Mary C. Gaines, may withdraw and Kathleen N. Neary may enter her appearance as counsel for Plaintiff.

DATED this 11th day of January, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

PREPARED AND SUBMITTED BY:
Mary C. Gaines, #20068
Ballew, Schneider, Covalt,
   Gaines & Engdahl, P.C., LLO
440 South 13th Street, Suite C
Post Office Box 81229
Lincoln, NE 68501-1229
(402) 436-3030
Attorneys for Plaintiff