IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BARBARA HUNT,                    )
                                 )
            Plaintiff,           )              4:05CV3016
                                 )
        v.                       )
                                 )
BRYANLGH MEDICAL CENTER,         )                ORDER
                                 )
            Defendant.           )
                                 )
_____)


        IT IS ORDERED,

        1.   The parties' joint motion to lift the stay in this
             case, filing 9, is granted, and the stay is lifted.

        2.   On or before March 2, 2006, the parties shall meet and
             confer, and shall file their joint Report of Parties
             Planning Conference.


        DATED this 16th day of February, 2006.


                          BY THE COURT:


                          s/ David L. Piester

                          David L. Piester
                          United States Magistrate Judge