```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

BARBARA HUNT,                       )
                                    )
            Plaintiff,              )         4:05CV3016
                                    )
       v.                           )
                                    )
BRYANLGH MEDICAL CENTER,            )            ORDER
                                    )
            Defendant.              )
                                    )
```

IT IS ORDERED:

The joint oral motion of counsel is granted and the deadline for filing the report of parties' planning conference is extended to March 10, 2006.

DATED this 7th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge