IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA HUNT, | ) | CASE NO. 4:05-CV-3016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRYAN MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON this 11th day of August, 2006, this matter came before the Court upon the unopposed motion to extend the motion to compel deadline (Filing No.29).

The Court finds that cause exists to grant said motion.

IT IS HEREBY ORDERED that the motion to compel deadline should be and is moved from August 21, 2006 to August 25, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge