```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

BARBARA HUNT,                      )
                                   )
               Plaintiff,          )         4:05CV3016
                                   )
       v.                          )
                                   )
BRYANLGH MEDICAL CENTER,           )            ORDER
                                   )
               Defendant.          )
                                   )
```

IT IS ORDERED:

The parties' stipulated oral motion to continue the pretrial conference is granted and the pretrial conference is continued from October 5 to October 16, 2006 at 11:00 a.m.

DATED this 2nd day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge