IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA HUNT, | ) | Case No.: 4:05CV3016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| BRYANLGH MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the Motion and Stipulation of the parties that this case be dismissed with prejudice (Filing 39), this case is dismissed with prejudice, each party to bear its or her own costs.

Dated this 15th day of November, 2006.

BY THE COURT

s/ *Richard G. Kopf*
United States District Judge

L0716674.1